# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 6/3/2019 |
| Case: 19–03310–MM7 | Form ID: 309A | Total: 22 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Joan Angeles | 1612 Paseo Carina, #4   Chula Vista, CA 91915 |
| ust | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 |
| tr | Christopher R. Barclay | P.O. Box 2819   La Mesa, CA 91943–2819 |
| aty | Jon Cooper | Jon M. Cooper, APC   3110 Camino del Rio South   Suite 315   San Diego, CA 92108 |
| smg | United States Trustee | Office of the U.S. Trustee   880 Front Street   Suite 3230   San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E   P.O. Box 826880   Sacramento, CA 94280 |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210   San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29   P.O. Box 942879   Sacramento, CA 94279–0029 |
| smg | Dun & Bradstreet | Attn: Lynne Roberts, 2nd Floor   3501 Corporate Parkway   PO Box 520   Center Valley, PA 18034–0520 |
| smg | Franchise Tax Board | Attn: Bankruptcy   P.O. Box 2952   Sacramento, CA 95812–2952 |
| 14597616 | Bank of America | PO Box 982238   El Paso, TX 79998 |
| 14597617 | California Account Service | P.O. Box 1622   El Cajon, CA 92022 |
| 14597618 | Cap1/neimn | 26525 N Riverwoods Blvd   Mettawa, IL 60045 |
| 14597619 | Capital One | PO Box 30281   Salt Lake City, UT 84130 |
| 14597620 | DSNB Macy's | PO Box 8218   Mason, OH 45040 |
| 14597621 | Navy Federal Cr Union | PO Box 3700   Merrifield, VA 22119 |
| 14597622 | Navy Federal Credit Union | PO Box 3700   Merrifield, VA 22119 |
| 14597623 | Nordstrom/TD Bank USA | 13531 E Caley Ave   Englewood, CO 80111 |
| 14597894 | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| 14597624 | SYNCB/Care Credit | 950 Forrer Blvd   Kettering, OH 45420 |
| 14597625 | SYNCB/PayPal Extras Mc | PO Box 965005   Orlando, FL 32896 |
| 14597626 | TD Bank USA/Target Cred | PO Box 673   Minneapolis, MN 55440 |

TOTAL: 22